■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERT CALLIER, Appellant. [745 NYS2d 917]

Appellate review of the issues raised is foreclosed by the defendant's waiver of his right to appeal, which the record establishes was knowing, voluntary, and intelligent (*see People v Hidalgo,* 91 NY2d 733; *People v Muniz,* 91 NY2d 570; *People v Allen,* 82 NY2d 761; *People v Callahan,* 80 NY2d 273; *People v Moissett,* 76 NY2d 909; *People v Brathwaite,* 263 AD2d 89; *People v Roberts,* 152 AD2d 678). Ritter, J.P., Feuerstein, Smith and Adams, JJ., concur.